I. ARTHUR GANGER, Appellant, *v.* GRACE COFFEE SHOP, INC., et al., Respondents.

(Argued April 20, 1933; decided May 23, 1933.)

*Abram Goodman* and *Cyrus Levinthal* for appellant.
*Jay Leo Rothschild* and *Louis Rivkin* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.